In the Matter of MARGARET M. PARTRIDGE, an Incompetent Person, Respondent. ARTHUR C. PARKER, as Special Guardian, Appellant; BANK OF NEW YORK and FIFTH AVENUE BANK, as Committee of the Property of MARGARET M. PARTRIDGE, Respondent.

Argued December 1, 1950; decided January 11, 1951.

*Arthur C. Parker,* special guardian, appellant.

*Emil Morosini, Jr.,* and *William L. Seibert* for Margaret M. Partridge, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.